UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MCGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PROCTOR & GAMBLE DISTRIBUTING CO., and THE PROCTOR & GAMBLE CO.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 02-1121 |

**MEMORANDUM/ORDER**

May 2, 2008

  AND NOW, for reasons given from the bench at today's pretrial conference, it is hereby

ORDERED that:

  (1) Plaintiff's "Motion for Leave to Amend Complaint," docket # 98, is DENIED;

  (2) The "Petition of Anna M. Durbin, Esquire for Leave to Withdraw Appearance on Behalf of Plaintiff," docket # 101, is HELD IN ABEYANCE pending further consultation between plaintiff, Robert McGee; plaintiff's current counsel, Ms. Durbin; and prospective counsel.  Plaintiff's current counsel shall keep the court apprised of efforts to find substitute counsel for plaintiff.

  (3) A pretrial conference is scheduled for Tuesday, July 1 at 11 a.m., whereat the parties should be prepared to address, *inter alia*, the length of their witness lists and the anticipated length of the trial.

                   BY THE COURT:


                   /s/ Louis H. Pollak
                   Pollak, J.